FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0514

_____

PAUL WILKIE,

      Plaintiff and Appellant,

    v.

HARTFORD UNDERWRITERS INSURANCE
COMPANY, a/k/a THE HARTFORD; RICHARD
L. SPROUT; and SHAUNA SPROUT,

      Defendants and Appellees.

               O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2021